

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| TEAM HEALTH, LLC F/K/A TEAM HEALTH, INC., | § | No. 08-24-00136-CV |
| | § | Appeal from the |
| Appellant, | | |
| | § | County Court at Law No. 3 |
| v. | | |
| | § | of El Paso County, Texas |
| ELIZABETH MENDOZA, | | |
| | § | (TC#2023-DCV-3523) |
| Appellees. | | |
| | § | |

**MEMORANDUM OPINION**

Before this Court is Appellant's agreed motion to dismiss. The motion states that the parties have settled the dispute underlying this appeal. Appellant's motion seeks a dismissal pursuant to Texas Rule of Appellate Procedure 42.

Texas Rule of Appellate Procedure 42.1 provides the actions a court may take to dispose of an appeal on the motion of the appellant or by agreement of the parties. On the motion of the appellant, a court may dismiss the appeal. Tex. R. App. P. 42.1(a)(1). When parties file an agreement signed by all parties or their attorneys, the court may: "(A) render judgment effectuating the parties' agreement; (B) set aside the trial court's judgment without regard to the merits and remand the case to the trial court for rendition of judgment in accordance with the agreement; or

(C) abate the appeal and permit proceedings in the trial court to effectuate the agreement." Tex. R. App. P. 42.1(a)(2)(A)–(C).

The parties have not filed a joint motion or a settlement agreement with the clerk as required by Rule 42.1(a)(2). Instead, based on the substance of the motion and the relief requested, we invoke Rule 42.1(a)(1) to dismiss the appeal on the motion of the appellant. Thus, the motion to dismiss the appeal is granted. *See* Tex. R. App. P. 42.1(a)(1) (allowing appellate courts to dismiss an appeal on the motion of the appellant.). Costs of the appeal are taxed against the party Appellant. *See* Tex. R. App. P. 42.1(d).

JEFF ALLEY, Chief Justice

July 22, 2024

Before Alley, C.J., Palafox and Soto, JJ.